# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: GRIES, BRETT | § | Case No. 09-33426 |
| | § | |
| U.S. FRAME COMPANY, LLC | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$2,008,700.00_ | Assets Exempt: _$6,900.00_ |
| Total Distribution to Claimants: _$9,137.70_ | Claims Discharged Without Payment: _$1,144,157.01_ |
| Total Expenses of Administration: _$1,865.52_ | |

3) Total gross receipts of $ 11,003.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,003.22 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,865.67 | 1,865.52 | 1,865.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,128,342.99 | 878,492.19 | 878,492.19 | 9,137.70 |
| **TOTAL DISBURSEMENTS** | $1,128,342.99 | $880,357.86 | $880,357.71 | $11,003.22 |

4)  This case was originally filed under Chapter 7 on September 09, 2009.
.  The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/05/2010          By:  /s/RICHARD M. FOGEL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Furs and jewelry | 1129-000 | 200.00 |
| Firearms, sports, photographic and hobby equip. | 1129-000 | 2,000.00 |
| Autos, trucks, trailers, other vehicles, access | 1129-000 | 3,300.00 |
| Autos, trucks, trailers, other vehicles, access. | 1129-000 | 4,000.00 |
| Autos, trucks, trailers, other vehicles, access. | 1129-000 | 1,500.00 |
| Interest Income | 1270-000 | 3.22 |
| **TOTAL GROSS RECEIPTS** | | $11,003.22 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,850.32 | 1,850.17 | 1,850.17 |
| RICHARD M. FOGEL | 2200-000 | N/A | 11.50 | 11.50 | 11.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.85 | 3.85 | 3.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,865.67 | 1,865.52 | 1,865.52 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amcore Bank, N.A. | 7100-000 | 852,748.47 | 877,700.12 | 877,700.12 | 9,129.46 |
| Dean Medical Center | 7100-000 | 792.00 | 792.07 | 792.07 | 8.24 |
| Patricia M. Gibeault | 7100-000 | unknown | N/A | N/A | 0.00 |
| State Auto Insurance Companies | 7100-000 | 105,000.00 | N/A | N/A | 0.00 |
| St. Mary's Hospital | 7100-000 | 5,094.00 | N/A | N/A | 0.00 |
| National Recovery Agency | 7100-000 | 498.76 | N/A | N/A | 0.00 |
| Madison Radiologists | 7100-000 | 2,072.00 | N/A | N/A | 0.00 |
| Art Exchange.com | 7100-000 | 3,620.76 | N/A | N/A | 0.00 |
| Madison Emergency Physicians | 7100-000 | 937.00 | N/A | N/A | 0.00 |
| Longua & Cioci | 7100-000 | 157,000.00 | N/A | N/A | 0.00 |
| Madison Office of the Controller | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,128,342.99 | 878,492.19 | 878,492.19 | 9,137.70 |

Exhibit 8

Page:  1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  09-33426

Case Name:    GRIES, BRETT

Period Ending: 08/05/10

Trustee:    (330720)    RICHARD M. FOGEL

Filed (f) or Converted (c):  09/09/09 (f)

§341(a) Meeting Date:    10/20/09

Claims Bar Date:    01/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Financial accounts, financial institution shares | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Security deposits | 4,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Furs and jewelry | 1,500.00 | 200.00 | | 200.00 | FA |
| 6 | Firearms, sports, photographic and hobby equip. | 3,500.00 | 2,000.00 | | 2,000.00 | FA |
| 7 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Autos, trucks, trailers, other vehicles, access | 9,000.00 | 3,300.00 | | 3,300.00 | FA |
| 9 | Autos, trucks, trailers, other vehicles, access. | 8,000.00 | 4,000.00 | | 4,000.00 | FA |
| 10 | Autos, trucks, trailers, other vehicles, access.<br>Listed in error by debtor (included in #6) | 2,700.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Autos, trucks, trailers, other vehicles, access. | 3,000.00 | 1,500.00 | | 1,500.00 | FA |
| 12 | Litigation- Counterclaim in 09-CV-1733  (See Footnote) | 1,000,000.00 | Unknown | DA | 0.00 | Unknown |
| 13 | Litigation- Counterclaim in 26CV-10-391  (See Footnote) | 1,000,000.00 | Unknown | DA | 0.00 | Unknown |
| Int | INTEREST  (u) | Unknown | N/A | | 3.22 | FA |
| 14 | **Assets**    **Totals** (Excluding unknown values) | **$2,036,400.00** | **$11,000.00** | | **$11,003.22** | **$0.00** |

RE PROP# 12    Amended schedule filed.  Trustee intends to abandon his interest in this asset at final meeting.

RE PROP# 13    Amended schedule filed.  Trustee intends to abandon his interest in this asset at final meeting.

**Major Activities Affecting Case Closing:**

Collecting installment payments for non-exempt personal property

Initial Projected Date Of Final Report (TFR):    June 30, 2010

Current Projected Date Of Final Report (TFR):    June 3, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-33426 |
| **Case Name:** | GRIES, BRETT |
| | |
| **Taxpayer ID #:** | **-***8835 |
| **Period Ending:** | 08/05/10 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****62-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/09 | | BENJAMIN LEGAL SERVICES f/b/o | Downpayment for purchase of non-exempt personal property per o/c 12-1-09 | | 5,500.00 | | 5,500.00 |
| | {9} | | Sale of personal property          4,000.00 | 1129-000 | | | 5,500.00 |
| | {11} | | Sale of personal property          1,500.00 | 1129-000 | | | 5,500.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.20 | | 5,500.20 |
| 01/05/10 | {8} | BRETT E. GRIES | Installment payment (1 of 5) per o/c 12-1-09 | 1129-000 | 1,100.00 | | 6,600.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.25 | | 6,600.45 |
| 02/01/10 | {8} | BRETT GRIES | Installment payment (#2 of 5) | 1129-000 | 1,100.00 | | 7,700.45 |
| 02/10/10 | | To Account #*******6266 | Account Transfer | 9999-000 | | 3.85 | 7,696.60 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.28 | | 7,696.88 |
| 03/01/10 | {8} | BRETT GRIES | Installment payment  (#3 of 5) | 1129-000 | 1,100.00 | | 8,796.88 |
| 03/31/10 | {6} | BRETT GRIES | Installment payment | 1129-000 | 1,100.00 | | 9,896.88 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.38 | | 9,897.26 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.06 | | 9,897.32 |
| 04/06/10 | | Wire out to BNYM account 9200******6265 | Wire out to BNYM account 9200******6265 | 9999-000 | -9,897.32 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 3.85 | 3.85 | $0.00 |
| | Less: Bank Transfers | | -9,897.32 | 3.85 | |
| | **Subtotal** | | 9,901.17 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$9,901.17** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-33426 |
| Case Name: | GRIES, BRETT |
| | |
| Taxpayer ID #: | **-***8835 |
| Period Ending: | 08/05/10 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****62-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | | From Account #*******6265 | Account Transfer | 9999-000 | 3.85 | | 3.85 |
| 02/11/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 3.85 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 3.85 | 3.85 | $0.00 |
| Less: Bank Transfers | 3.85 | 0.00 | |
| Subtotal | 0.00 | 3.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $3.85 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-33426 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** GRIES, BRETT | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******62-65 - Money Market Account |
| **Taxpayer ID #:** **-***8835 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/05/10 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6265 | Wire in from JPMorgan Chase Bank, N.A. account *******6265 | | 9999-000 | 9,897.32 | | 9,897.32 |
| 04/19/10 | | BRETT GRIES | Final installment payment | | | 1,100.00 | | 10,997.32 |
| | {5} | | Per o/c | 200.00 | 1129-000 | | | 10,997.32 |
| | {6} | | Per o/c | 900.00 | 1129-000 | | | 10,997.32 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | | 1270-000 | 0.49 | | 10,997.81 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | | 1270-000 | 0.66 | | 10,998.47 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | | 1270-000 | 0.63 | | 10,999.10 |
| 07/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | | 1270-000 | 0.27 | | 10,999.37 |
| 07/14/10 | | To Account #9200******6266 | Close account and transfer for final distributions | | 9999-000 | | 10,999.37 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,999.37 | 10,999.37 | $0.00 |
| Less: Bank Transfers | 9,897.32 | 10,999.37 | |
| **Subtotal** | **1,102.05** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,102.05** | **$0.00** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-33426 | |
| **Case Name:** | GRIES, BRETT | |
| **Taxpayer ID #:** | **-***8835 | |
| **Period Ending:** | 08/05/10 | |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******62-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/10 | | From Account #9200******6265 | Close account and transfer for final distributions | 9999-000 | 10,999.37 | | 10,999.37 |
| 07/15/10 | 10102 | Amcore Bank, N.A. | 1.04% dividend on Claim # 1, Ref: XXXXXXXXXX2400 | 7100-000 | | 9,129.46 | 1,869.91 |
| 07/15/10 | 10103 | Dean Medical Center | 1.04% dividend on Claim # 2, Ref: | 7100-000 | | 8.24 | 1,861.67 |
| 07/15/10 | 10104 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,861.67 | 0.00 |
| | | | Dividend paid 100.00%     1,850.17<br>on $1,850.17; Claim# ;<br>Filed: $1,850.32 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     11.50<br>on $11.50; Claim# ;<br>Filed: $11.50 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,999.37 | 10,999.37 | $0.00 |
| Less: Bank Transfers | 10,999.37 | 0.00 | |
| **Subtotal** | 0.00 | 10,999.37 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $10,999.37 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****62-65** | 9,901.17 | 0.00 | 0.00 |
| **Checking # ***-*****62-66** | 0.00 | 3.85 | 0.00 |
| **MMA # 9200-*****62-65** | 1,102.05 | 0.00 | 0.00 |
| **Checking # 9200-*****62-66** | 0.00 | 10,999.37 | 0.00 |
| | $11,003.22 | $11,003.22 | $0.00 |